UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Matthew Williams                           Docket No. 5:12-CR-81-1F

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Matthew Williams, who, upon an earlier plea of guilty to Conspiracy to Falsely Make and Counterfeit Obligations of the United States, 18 U.S.C. § 371; Counterfeiting United States Currency and Aiding and Abetting, 18 U.S.C. § 471 and 2; and Possession of Counterfeit United States Currency and Aiding and Abetting, 18 U.S.C. § 472 and 2, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 30, 2013, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Matthew Williams was released from custody on July 10, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 23, 2016, the defendant tested positive for cocaine. He subsequently admitted to using the substance and agreed that he could benefit from treatment and needs assistance in maintaining his sobriety from alcohol and cocaine. He has agreed to participate in and has been accepted into the HOPE Reentry Court program to work on his addictions. In light of his program participation, we recommend allowing him to participate in the program and adding a cognitive behavioral program condition to assist with his recovery. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8665<br>Executed On: October 12, 2016 |

Matthew Williams
Docket No. 5:12-CR-81-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_12\_\_ day of \_\_\_October\_\_\_, 2016, and ordered filed and made a part of the records in the above case.

*James C Fox*
James C. Fox
Senior U.S. District Judge